UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIM. NO. 4:CR19 245
:
v. : JUDGE   JUDGE BRANN
:
JESSE ALLEN BLAKE, : FILED VIA ECF
          Defendant :

# INDICTMENT

FILED
WILLIAMSPORT
AUG 22 2019
PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

## COUNT ONE
### Threats against the President of the United States
### 18 U.S.C. § 871(a)

On or about March 29, 2019, in Bradford County, within the Middle District of Pennsylvania, and elsewhere, the defendant

**JESSE ALLEN BLAKE**

did knowingly and willfully deposit for conveyance in the mail and for a delivery from a post office and by a letter carrier a letter, paper, writing, print, missive, and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically the defendant stated,

> When I come home im gonna kill alot of people and commit the worst terrost attack in American History.   I will blow or

attempt to blow up the White House, the U.N. headcourters, and the pentagon and Trump Tower. And try to kill the president. If you think Im playing try me bitch. You can't ever charge me with a terrostic threat through letter nor can you put me in federal prison.

Jesse

I will terrorize the fuck out of america.

All in violation of Section 871(a) of Title 18 of the United States Code.

THE GRAND JURY CHARGES:

### COUNT TWO
### Mailing Threatening Communication
### 18 U.S.C. § 876(c)

On or about March 29, 2019, in Bradford County, within the Middle District of Pennsylvania, and elsewhere, the defendant

### JESSE ALLEN BLAKE

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and caused to be delivered by the Postal Service according to the directions thereon, a communication, postmarked March 29, 2019 at Harrisburg,

Pennsylvania, addressed to "FBI Hedquarters, 935 Pennsylvania Ave., N.W., Washington, D.C. 20535," a federal executive agency employing federal law enforcement officers, and containing a threat to kill and injure the President of the United States and to kill and injure the employees and occupants of the White House, the United Nations Headquarters, the Pentagon, and Trump Tower.

All in violation of Section 876(c) of Title 18 of the United States Code.

A TRUE BILL

███████████████
FOREPERSON

Date: 8/22/19

*David J. Freed*
DAVID J. FREED
United States Attorney

BY: ███████████████
GEORGE J. ROCKTASHEL
Assistant United States Attorney