1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

3
United States of America       :
4                              :
                               :
5          vs                  :   4:19-CR-245
                               :
6                              :
Jesse Allen Blake              :
7

8

9

10

11        BEFORE:      HONORABLE MATTHEW W. BRANN

12        PLACE:       Williamsport, Pennsylvania

13        PROCEEDINGS: Change of Plea

14        DATE:        Tuesday, June 16, 2020

15

16

17

18   APPEARANCES:

19   For the United States:   George J. Rocktashel, Esquire
                              U.S. ATTORNEY'S OFFICE
20                            240 West Third Street
                              Suite 316
21                            Williamsport, PA  17701

22
     For the Defendant:       Gerald A. Lord, Esquire
23                            FEDERAL PUBLIC DEFENDER'S OFFICE
                              330 Pine Street, One Executive Plaza
24                            Williamsport, PA  17701

```
 1                    (11:25 a.m., convene.)

 2            THE COURT:  The next matter today is that of the

 3  United States of America against Jesse Allen Blake, docketed in

 4  this court at criminal number 4:19-CR-00245.  The Court notes

 5  the presence of Assistant United States Attorney George J.

 6  Rocktashel, counsel for the defense, Gerald A. Lord, Esquire,

 7  the assistant federal public defender, as well as, I assume,

 8  the defendant, Mr. Blake.

 9            Mr. Blake, good morning to you.

10            THE DEFENDANT:  Good morning.

11            THE COURT:  Mr. Blake, my courtroom deputy, Mrs.

12  Rhinehart, is about to administer an oath to you.  If you give

13  me any false answers, you could be subject to further

14  prosecution for perjury or for making false statements to the

15  Court.  Do you understand that, sir?

16            THE DEFENDANT:  Yes, sir.

17            THE COURT:  Thank you.

18            Mrs. Rhinehart, administer the oath now to this

19  defendant, please.

20            THE COURTROOM DEPUTY:  Would you please raise your

21  right hand.

22                    (The defendant was sworn.)

23            THE DEFENDANT:  I do.

24            THE COURTROOM DEPUTY:  Please state your name for the
```

1    record.

2             THE DEFENDANT:  Jesse Allen Blake.

3             THE COURTROOM DEPUTY:  Thank you.

4             THE COURT:  Mr. Rocktashel, Mr. Lord, is this matter

5    before the Court for a change of plea to guilty?

6             MR. ROCKTASHEL:  Yes, it is, Your Honor.

7             MR. LORD:  Yes, it is, Your Honor.

8             THE COURT:  Thank you.

9             Mr. Blake, before I can accept your plea of guilty

10   with respect to the charges that have been brought against you

11   in this case, it is necessary for me to establish under Federal

12   Rule of Criminal Procedure 11 that you fully and completely

13   understand your rights under the law and that you understand

14   the consequences of a guilty plea.

15            Do you understand that, sir?

16            THE DEFENDANT:  Yes, sir, I do.

17            THE COURT:  Mr. Blake, you've been placed under oath.

18   I'm now going to ask certain questions of you in what is called

19   a plea colloquy.  These questions are not meant to insult your

20   intelligence.  They are merely basic questions that I, and all

21   federal judges, must ask in order to comply with the federal

22   rules.

23            If do you not hear or you do not understand one of my

24   questions, please interrupt me.  I'm perfectly willing to

1    either repeat or rephrase my question.  And therefore, if you

2    do respond to one of my questions, I'm going to assume that you

3    have both heard and understood the question.

4              Do you understand that, sir?

5              THE DEFENDANT:  Yes, I do.

6              THE COURT:  You may speak to your attorney, Mr. Lord,

7    at any time.  You may speak to Mr. Lord privately if you wish

8    to do so.  Do you understand that?

9              THE DEFENDANT:  Yes, I do.

10             THE COURT:  Before I proceed further, I will note for

11   the record that I'm addressing this defendant, Mr. Blake,

12   personally in open court and pursuant to Federal Rule of

13   Criminal Procedure 11(b)(1).

14             With that said, Mr. Blake, would you state your name

15   again for the record, please?

16             THE DEFENDANT:  Jesse Allen Blake.

17             THE COURT:  Mr. Blake, can you read, write and

18   converse in the English language?

19             THE DEFENDANT:  I can.

20             THE COURT:  How old are you, sir?

21             THE DEFENDANT:  Twenty-five.

22             THE COURT:  Twenty-five?

23             THE DEFENDANT:  Yeah.

24             THE COURT:  What is your educational background?  How

```
1    far along did you go in high school?

2            THE DEFENDANT:  Twelfth grade.

3            THE COURT:  Did you graduate from high school?

4            THE DEFENDANT:  No.

5            THE COURT:  You withdrew in the 12th grade?

6            THE DEFENDANT:  Yes.

7            THE COURT:  Mr. Blake, have you discussed these

8    charges and the case generally with your attorney, Mr. Lord?

9            THE DEFENDANT:  I did.

10           THE COURT:  Are you satisfied with the legal

11   representation you have received from Mr. Lord to date?

12           THE DEFENDANT:  Yes.

13           THE COURT:  Mr. Blake, I need to determine now if you

14   are a citizen of the United States.  If you are not, I have

15   some additional questions for you.

16           Could you tell me, sir, where you were born?

17           THE DEFENDANT:  Sayre, Pennsylvania.

18           THE COURT:  And you're a citizen then of the United

19   States?

20           THE DEFENDANT:  Yes.

21           THE COURT:  Mr. Blake, are you currently taking any

22   prescription medication?

23           THE DEFENDANT:  Yes.

24           THE COURT:  Would you tell me what that is?
```

```
1              THE DEFENDANT:  Remeron.

2              THE COURT:  I'm sorry?

3              THE DEFENDANT:  Remeron.

4              THE COURT:  Thank you.  Have you had any drugs or

5    alcohol either today or yesterday?

6              THE DEFENDANT:  No.

7              THE COURT:  Have you been treated recently for drug

8    addiction?

9              THE DEFENDANT:  Yes.

10             THE COURT:  Would you describe that for me?

11             THE DEFENDANT:  Methamphetamine.

12             THE COURT:  And how did that treatment go?

13             THE DEFENDANT:  (Defendant shrugged shoulders.)

14             THE COURT:  Was it successful, unsuccessful?

15             THE DEFENDANT:  It was unsuccessful.

16             THE COURT:  Have you been treated recently for alcohol

17   addiction?

18             THE DEFENDANT:  Yes.

19             THE COURT:  Would you describe that for me?

20             THE DEFENDANT:  Unsuccessful.

21             THE COURT:  Have you been treated recently for mental

22   illness?

23             THE DEFENDANT:  No.

24             THE COURT:  Do you understand what is happening today,
```

1  sir, and why you are appearing before me in federal district

2  court?

3              THE DEFENDANT:  Yes.

4              THE COURT:  Are you able to concentrate on what I am

5  saying to you today?

6              THE DEFENDANT:  Yes, I can.

7              THE COURT:  Okay.  Thank you.

8              Counsel, unless you have some additional questions,

9  I'm satisfied that this defendant is currently competent to

10  plead guilty.  And therefore, I will continue with this change

11  of plea hearing by turning now to Rule 11 of the Federal Rules

12  of Criminal Procedure.

13              Mr. Blake, do you understand that you have a right to

14  persist in your plea of not guilty?

15              THE DEFENDANT:  Yes.

16              THE COURT:  If you were to persist in your plea of not

17  guilty, you would have the right to a jury trial.  Let me

18  explain that right to you.  You are entitled to a jury trial in

19  which you, through your attorney, Mr. Lord, would select a jury

20  consisting of typically 12 but never fewer than six persons to

21  sit as a jury to hear the facts of this case.

22              At trial, the Government of the United States has the

23  burden of proving each and every element of the crime charged

24  against you.  The Government must do so and must meet this

1    burden beyond a reasonable doubt.  You are presumed innocent

2    during these proceedings unless and until the Government proves

3    the charges against you beyond a reasonable doubt.

4          At trial, you would have the right, again through your

5    attorney, to confront witnesses against you by what is called

6    cross-examination.

7          At trial, you would also have the right to subpoena

8    witnesses and evidence in support of your plea of not guilty.

9          At trial, you would have the right to, but would not

10   be required to, testify on your own behalf.  If you decide not

11   to testify or set forth any evidence, that decision cannot be

12   used against you.

13         To find you guilty, the verdict must be unanimous.

14   This is to say, all jurors would have to agree.  If you give up

15   your right to a jury trial by pleading guilty this morning, you

16   are giving up your right to present any defenses you may have

17   and your right to appeal any pretrial motions.

18         Having explained that, Mr. Blake, do you understand

19   your right to a jury trial?

20              THE DEFENDANT:  Yes.

21              THE COURT:  Do you understand that you have a right to

22   plead not guilty and to proceed with a jury trial in this

23   matter?

24              THE DEFENDANT:  Yes.

1          THE COURT:  Do you understand that you have a right to

2     be represented by an attorney at all stages of this proceeding,

3     including a trial, should you choose not to plead guilty today?

4          THE DEFENDANT:  Yes.

5          THE COURT:  Do you further understand that by pleading

6     guilty today you will waive your right to a trial?

7          THE DEFENDANT:  Yes.

8          THE COURT:  Do you wish to waive that right and

9     continue with the guilty plea today?

10          THE DEFENDANT:  Yes.

11          THE COURT:  Very well.  Mr. Blake, I understand that

12     you are pleading guilty to mailing threatening communications,

13     in violation of Title 18 of the United States Code at Section

14     876(c).

15          Do you understand, sir, that the statutory maximum

16     term of imprisonment under the United States Code for the

17     offense of mailing threatening communications, in violation of

18     Title 18 of the United States Code at Section 876(c), is ten

19     years of imprisonment, a fine of $250,000, a maximum term of

20     supervised release of three years, together with the costs of

21     prosecution, the denial of certain federal benefits and a $100

22     special assessment?

23          Do you understand that, sir?

24          THE DEFENDANT:  Yes.

1          THE COURT:  Do you understand that the term of

2     supervised release is served after any term of imprisonment

3     imposed?

4          THE DEFENDANT:  Yes.

5          THE COURT:  Do you understand that if you violate the

6     terms of supervised release, you may be required then to return

7     to prison?

8          THE DEFENDANT:  Yes.

9          THE COURT:  Do you understand that this Court has the

10    authority to order restitution, if it is applicable, to be paid

11    to any victims of this crime?

12         THE DEFENDANT:  Yes.

13         THE COURT:  Do you understand further that I am

14    obligated to impose a $100 special assessment in this case?

15         THE DEFENDANT:  Yes.

16         THE COURT:  Do you understand that there are

17    sentencing guidelines that I must consider in passing sentence

18    on you?

19         THE DEFENDANT:  Yes.

20         THE COURT:  Have you and Mr. Lord discussed the

21    sentencing guidelines that might apply in your case?

22         THE DEFENDANT:  Yes.

23         THE COURT:  Mr. Lord, based upon what you know about

24    Mr. Blake's case today, which is to say in the absence of the

1    presentence report, what did you estimate his guideline range

2    to be?

3                  MR. LORD:  Thank you, Your Honor.

4                  I believe that the base offense level is going to end

5    up being 12.  I believe probation may add on six levels because

6    of official victim.  If they do that, they will get a

7    three-level reduction if the Court finds that he has an

8    acceptance of responsibility, which will land him at a total

9    offense level of 15.  I believe his criminal history category

10   is going to calculate out to six.  So his guideline range will

11   end up being 41 to 51 months.

12                 THE COURT:  Forty-one to 51 months, did you say?

13                 MR. LORD:  I think that's what they will come back

14   with, Your Honor.  Yes.

15                 THE COURT:  Thank you.

16                 Mr. Rocktashel, again, based upon what the Government

17   knows about the case today, do you agree with that estimated

18   guideline range Mr. Lord has just described for me?

19                 MR. ROCKTASHEL:  It is accurate, given the assumption

20   of that total offense level and criminal history category.

21   However, we think there is a potential for a six-level victim

22   enhancement, which could result in a total offense level of 21

23   with acceptance of responsibility.  And with the criminal

24   history category six, the guideline imprisonment range would be

```
1    77 to 96 months.
2              THE COURT:  Thank you.
3              Mr. Blake, if I determine, after reviewing the
4    presentence report, that your guideline sentence is different
5    from what has been estimated to you today, you cannot withdraw
6    your guilty plea.  Do you understand that, sir?
7              THE DEFENDANT:  Yes.
8              THE COURT:  However, your guideline sentence cannot
9    exceed the statutory maximum sentence of ten years of
10   imprisonment.  Do you understand that?
11             THE DEFENDANT:  Yes.
12             THE COURT:  A prior criminal conviction may increase
13   your guideline range.  Do you understand that?
14             THE DEFENDANT:  Yes.
15             THE COURT:  Mr. Blake, have you ever before been on
16   supervision for a crime, such as probation, parole, supervised
17   release or ARD?
18             THE DEFENDANT:  Yes.
19             THE COURT:  If you were on supervision when you
20   committed your present offense, your plea of guilty today would
21   be an admission that you violated that supervision.  Do you
22   understand that?
23             THE DEFENDANT:  Yes.
24             THE COURT:  Mr. Blake, a United States probation
```

1    officer from this federal district will prepare a presentence

2    report which will set your guideline sentencing range.  If you

3    disagree with the report, this guilty plea is still binding on

4    you, but you can contest the report with the probation officer

5    and after that before me, if necessary.  The Government can

6    also contest the presentence report.

7            Do you understand that?

8            THE DEFENDANT:  Yes.

9            THE COURT:  Do you further understand that your

10   attorney, Mr. Lord, and the attorney for the Government can

11   agree on facts and make recommendations, motions and requests

12   at the time of sentencing but that I do not have to do what

13   they ask me to do?

14           THE DEFENDANT:  Yes.

15           THE COURT:  Your plea of guilty will be binding on you

16   whether or not I agree with their facts and recommendations at

17   the time of sentencing.  Do you understand that?

18           THE DEFENDANT:  Yes.

19           THE COURT:  Mr. Blake, do you understand that the

20   guideline sentencing range is advisory only.  After your

21   guideline range has been determined, I have the authority to

22   impose a sentence that is more severe or less severe than the

23   sentence prescribed by the guidelines?

24           THE DEFENDANT:  Yes.

1          THE COURT:  Do you understand that there is no parole

2    in the federal system and you must serve the entire term of

3    imprisonment to which you are sentenced?

4          THE DEFENDANT:  Yes.

5          THE COURT:  Do you further understand that no one can

6    guarantee you what sentence you will receive from me?

7          THE DEFENDANT:  Yes.

8          THE COURT:  Do you understand, as well, that in

9    certain circumstances you may be able to appeal your sentence

10   to a higher federal court, the Court of Appeals, that could

11   modify or set aside the sentence or order me to resentence you?

12         THE DEFENDANT:  Yes.

13         THE COURT:  The Government may also be able to appeal

14   your sentence.  Do you understand that?

15         THE DEFENDANT:  Yes.

16         THE COURT:  You stated previously that you are a

17   citizen of the United States.  You were born in Sayre,

18   Pennsylvania.  Did I understand that correctly?

19         THE DEFENDANT:  Yes.

20         THE COURT:  My understanding is that there is a plea

21   agreement in this matter.  Mr. Blake, did you voluntarily sign

22   the plea agreement?

23         THE DEFENDANT:  Yes.

24         THE COURT:  Do you believe that Mr. Lord has

1   adequately explained the plea agreement to you?

2            THE DEFENDANT:  Yes.

3            THE COURT:  Thank you.

4            Mr. Rocktashel, would you summarize the terms of the

5   plea now for the benefit of the Court?

6            MR. ROCKTASHEL:  Certainly, Your Honor.

7            The defendant has agreed to plead guilty to count two

8   of the indictment.  That charges him with mailing a threatening

9   communication, in violation of Title 18 U.S. Code, Section 876,

10  subsection C.  The maximum penalty for that offense is

11  imprisonment for up to ten years, a maximum fine of $250,000, a

12  maximum term of supervised release of three years served at the

13  end of any prison term, various costs and a special assessment

14  in the amount of $100.

15           At the time the guilty plea is entered, under the term

16  of the plea agreement, the defendant shall admit to the Court

17  that he is, in fact, guilty of the offense charged in that

18  count.  After sentencing, the United States will move for

19  dismissal of any remaining counts of the indictment.

20           In addition, the United States Attorney has agreed not

21  to bring any other criminal charges against the defendant

22  directly arising out of the defendant's involvement in the

23  offense just described.  However, nothing in this plea

24  agreement would limit prosecution for criminal tax charges,

1    should any apply in this case.

2          The parties have agreed that the advisory federal

3    sentencing guidelines will apply in this case.  There are some

4    recommendations concerning those guidelines specifically.  If

5    the defendant can demonstrate recognition and affirmative

6    acceptance of responsibility to the Government, as required by

7    the guidelines, the Government will recommend that the

8    defendant receive a three-level reduction in offense level for

9    acceptance of responsibility.

10          In addition, the United States has agreed that at the

11   time of sentencing it will make a specific recommendation

12   within the applicable guideline range and reserves the right to

13   recommend the maximum sentence within that range.

14          These two recommendations, like all of the

15   recommendations in the plea agreement, do not bind the Court,

16   and the Court is free to impose any lawful sentence up to the

17   statutory maximum penalties we have just talked about.

18          Moreover, if the Court decides not to follow a

19   recommendation concerning a sentence in this case, the

20   defendant will not be allowed to withdraw or get out of his

21   plea agreement for that reason alone.

22          And those are the principal features of the plea

23   agreement, Your Honor.

24          THE COURT:  Thank you, sir.

1          Mr. Lord, has Mr. Rocktashel accurately summarized the

2    salient terms of the signed plea agreement?

3          MR. LORD:  Yes, Your Honor.

4          THE COURT:  Thank you.

5          Mr. Blake, has Mr. Rocktashel, who is the assistant

6    United States attorney assigned to prosecute your case,

7    accurately summarized the chief terms of the plea agreement, as

8    you understand it?

9          THE DEFENDANT:  Yes.

10         THE COURT:  Mr. Blake, do you understand that the

11   terms of the plea agreement are simply recommendations to this

12   Court; that I can reject the recommendations without permitting

13   you to withdraw your plea of guilty and impose a sentence which

14   is more severe than the sentence that you may anticipate?

15         THE DEFENDANT:  Yes.

16         THE COURT:  Mr. Blake, did anyone promise or offer you

17   anything other than a written plea agreement in order to get

18   you to plead guilty before the Court today?

19         THE DEFENDANT:  No.

20         THE COURT:  Have there been any threats made against

21   you or made against any member of your family that caused or

22   forced you to plead guilty?

23         THE DEFENDANT:  No.

24         THE COURT:  Are you pleading guilty then of your own

1  freewill?

2          THE DEFENDANT:  Yes.

3          THE COURT:  Do you understand, sir, that you are

4  entering a plea of guilty to a felony, which may deprive you of

5  valuable civil rights, such as the right to vote, the right to

6  hold public office, the right to serve on a jury, the right to

7  possess a firearm, or the right to hold a professional license?

8          THE DEFENDANT:  Yes.

9          THE COURT:  Do you understand that as a consequence of

10  your guilty plea, you may be required to submit to DNA

11  sampling?

12          THE DEFENDANT:  Yes.

13          THE COURT:  Thank you.

14          Mr. Rocktashel, would you place on the record now the

15  fact that you and your office would present to support the

16  charges made against Mr. Blake?

17          MR. ROCKTASHEL:  Certainly, Your Honor.

18          On March 29, 2019, while in custody at Bradford County

19  Prison, awaiting trial for statutory sex assault and felony

20  assault by a prisoner, Jesse Blake mailed a handwritten letter

21  addressed to F.B.I. Headquarters in Washington D.C.  The letter

22  postmarked March 29, 2019 in Harrisburg, Pennsylvania stated as

23  follows.

24          "When I come home, I'm gonna kill a lot of people and

1    commit the worst terrorist attack in American history.  I will

2    blow or attempt to blow up The White House, the U.N.

3    Headquarters and the Pentagon and Trump Tower and try to kill

4    the president.  If you think I'm playing, try me, bitch.  You

5    can't ever charge me with a terroristic threat through letter,

6    nor can you put me in federal prison.  Jesse.  Post script, I

7    will terrorize the fuck out of America."

8           On April 17, 2019, a Secret Service special agent and

9    an F.B.I. task force officer interviewed Blake at the Bradford

10   County Prison.  During the interview, Blake said he was a

11   member of the Aryan Brotherhood but renounced his membership in

12   that group.  Blake acknowledged telling prison staff that he

13   was converting to Islam and Judaism but explained that he did

14   so because members of those religions received special dietary

15   considerations.

16          He admitted being fascinated with assassins and

17   assassinations, particularly Lee Harvey Oswald and the

18   assassination of President Kennedy.  Blake stated that he sent

19   the letter and meant and intended everything stated in the

20   letter.  He advised that he hates President Trump and would

21   definitely follow through on the acts described in the letter.

22          Blake told the investigators that he intends to attack

23   the Pentagon, U.N. Headquarters in New York and Trump Towers

24   because all of those locations are associated with President

1    Trump.  In fact, he said that the first thing he would do upon

2    release from prison would be to go to the U.N. Headquarters in

3    New York and shoot it up because of its association with

4    President Trump.

5            He advised that if and when he is released from

6    prison, he intended to immediately begin serious planning to

7    carry out his intentions.  Blake explained that he has been

8    thinking about how and where to assassinate President Trump for

9    the last four years while in New York state prison.

10           Blake expressed his determination to carry out the

11   actions described in his letter.  He advised investigators that

12   he had access to military-style weapons through his uncle, who

13   is a convicted felon and would want to get rid of the weapons.

14   Blake also reported that he had a friend in Binghamton, New

15   York who has all of the equipment he would need to carry out

16   the threatened actions.

17           The investigators also interviewed Blake's

18   grandmother, who allowed him to live at her residence in

19   Waverly, New York following the death of his mother in 2016.

20   His grandmother was upset but not surprised when advised of

21   Blake's threatened action against President Trump.

22           She reported that Blake is a violent person who

23   verbally and physically abused his younger sister and other

24   grandchildren who lived at her residence.  Blake's grandmother

1    advised that he also has threatened to kill her and other

2    family members in the past.  She said that she was afraid of

3    Blake and did not want him to live with her when released from

4    prison.  His grandmother also reported that Blake had been

5    committed to St. Joseph's Hospital in Elmira, New York for a

6    psychiatric evaluation.

7         The warden at the Bradford County Correctional

8    Facility confirmed the mailing of the threatening letter by

9    Blake after reviewing the prison mail log.  He advised that

10   Blake has committed 18 separate security violations at the

11   prison since November 2018 and was placed on suicide watch for

12   a time.

13        In one incident he allegedly broke off a piece of a

14   desk fan and stabbed another inmate with it.

15        The warden reported that Blake has not received a

16   mental health evaluation, nor has he been diagnosed with any

17   mental illness.

18        According to the warden, although he initially

19   reported being an Aryan Brotherhood member, Blake has since

20   sought to be affiliated with both the Jewish and Muslim

21   religions.  The warden noted that Blake appeared to revel in

22   the attention he receives from acting up in prison, and the

23   warden suspected that he was engaging in such conduct in an

24   effort to remain in solitary confinement.  The warden,

1  nevertheless, believes that Blake is a dangerous person who is

2  fully capable of carrying out the actions threatened in his

3  letter.  In fact, according to the warden, Blake actually

4  threatened to kill him.

5          And that's a summary of the evidence that we would put

6  forth, Your Honor.

7          THE COURT:  Thank you.

8          Mr. Blake, do you fully admit to those facts as

9  recited now to the Court by the Assistant United States

10  Attorney?

11          THE DEFENDANT:  I do.

12          THE COURT:  With all of the information I have

13  reviewed with you thus far, is it still your desire to plead

14  guilty?

15          THE DEFENDANT:  I do.

16          THE COURT:  Mr. Lord.

17          MR. LORD:  Your Honor, I need a moment to consult with

18  my client.

19          THE COURT:  That's fine.  Go right ahead.

20          (Off-the-record discussion held between the

21  defendant and defense counsel.)

22          MR. LORD:  Your Honor, respectfully, I know my client

23  said he admitted to the offense conduct, and he does, but I

24  have spoken with him before about this specific offense

1    conduct, but I have also spoken with him before about conduct

2    that we do not believe has anything to do with his offense

3    conduct.  I would like to address that Your Honor, with the

4    Court's permission.

5            THE COURT:  You may do so.

6            MR. LORD:  First of all, I want to reiterate that

7    Mr. Blake is here today to accept full responsibility for

8    authoring that letter of March 29, 2019 and putting it in the

9    mail.  He is also here today to accept full responsibility for

10   everything he said to the agents after they interviewed him.

11           Now, there are statements in there about what his

12   intentions were.  He's agreeing today that he made those

13   statements.  He's not agreeing today necessarily that he

14   intended to carry them out.

15           So I just want to put that on the record, Your Honor,

16   that he agrees with everything Mr. Rocktashel said about the

17   letter and about what he said to the officials who interviewed

18   him afterward.

19           As to the statements that the investigator took from

20   his grandmother, we believe that every statement that was read

21   into the record today is indicative of maybe the history and

22   characteristics of the defendant, but it is totally irrelevant

23   to the offense conduct, and it's something that should be

24   addressed at sentencing and not at the guilty plea here today

1   because we do not believe it's offense conduct.

2           Similarly, I think the -- with the exception of the

3   sentence the warden at the Bradford Counsel County Correctional

4   Facility confirmed the mailing of the threatening letter by

5   Blake after reviewing the prison mail log, with the exception

6   of that, the opinions and statements of the warden at the

7   Bradford County Correctional Facility about my client's alleged

8   behavior within it and his personal beliefs, about what he

9   intended to do are irrelevant for purposes of this guilty plea

10  here today.

11          So we ask the Court to take note of the fact that all

12  conduct that's really not offense conduct but has to do with

13  the history and characteristics of Mr. Blake, if true, would be

14  addressed at sentencing and not during a guilty plea here

15  today.

16          THE COURT:  So noted.

17          With the exception of the statements, Mr. Blake, that

18  Mr. Lord has just directed to me, do you agree with the facts

19  recited to the Court by Mr. Rocktashel, who is prosecuting your

20  case for the Government?

21          THE DEFENDANT:  Yeah, I do.

22          THE COURT:  Mr. Rocktashel, do you have any need to

23  colloquy this defendant, or are you satisfied with the

24  clarifications that both Mr. Lord and the Court have attempted

1    to make?

2              MR. ROCKTASHEL:  Your Honor, it seems to me that

3    Counsel has mustered some objections to some qualifications of

4    the narrative that I read but that the defendant fully admits

5    to what was read.  So I don't see the need to colloquy him any

6    further.

7              THE COURT:  That appears to be the case.  Thank you,

8    sir.

9              So let me unscroll this a little bit again, Mr. Blake.

10             With all of the information that I have reviewed with

11   you thus far, is it still your desire to plead guilty before

12   the Court today?

13             THE DEFENDANT:  Yes.

14             THE COURT:  And are you pleading guilty because you

15   are, in fact, guilty?

16             THE DEFENDANT:  Yes.

17             THE COURT:  Are you willing to waive your right to a

18   trial by a jury of your peers?

19             THE DEFENDANT:  Yes.

20             THE COURT:  Mr. Blake, do you now plead guilty?

21             THE DEFENDANT:  Yes.

22             THE COURT:  Very well.

23             The Court makes the following finding, the defendant,

24   Jesse Allen Blake, is fully alert, competent and capable of

1   entering an informed plea.  This plea is a knowing and a

2   voluntary plea supported by an independent bases in fact

3   containing each of the essential elements of the offense pled

4   to.

5          Mr. Blake's plea of guilty is, therefore, accepted,

6   and he is now adjudged guilty of this offense.  For the record,

7   I note the guilty plea form has been signed by this defendant

8   and is accepted now by the Court.

9          I will enter an Order now memorializing these

10  findings.

11         The Court finds that the defendant, Jesse Allen Blake,

12  is acting voluntarily and not as the result of force or threats

13  or promises, that he understands his rights and the

14  consequences of his plea and he voluntarily waives his right to

15  trial.  The Court finds that the plea has a basis in fact.

16         The Court accepts the plea of guilty to the

17  indictment.

18         It is Ordered that the United States Probation Office

19  shall conduct a pre-sentence investigation and shall prepare a

20  presentence report.

21         Mr. Rocktashel, Mr. Lord, a pre-sentence conference

22  will be scheduled, if necessary.

23         Detention in this matter is continued.

24         Mr. Rocktashel, anything else regarding Mr. Blake's

```
 1   case today?
 2            MR. ROCKTASHEL:  No, Your Honor.  Thank you.
 3            THE COURT:  Mr. Lord, anything else involving your
 4   client?
 5            MR. LORD:  No, Your Honor.
 6            THE COURT:  Thank you.  Thank you, Counsel.
 7            Court is adjourned.
 8            THE COURTROOM DEPUTY:  All rise.
 9                 (11:55 a.m., court adjourned.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

1                         REPORTER'S CERTIFICATE

2

3            I, Lori A. Fausnaught, RMR, CRR, Official Court

4    Reporter for the United States District Court for the Middle

5    District of Pennsylvania, appointed pursuant to the provisions

6    of Title 28, United States Code, Section 753, do hereby certify

7    that the foregoing is a true and correct transcript of the

8    within-mentioned proceedings had in the above-mentioned and

9    numbered cause on the date or dates hereinbefore set forth; and

10   I do further certify that the foregoing transcript has been

11   prepared by me or under my supervision.

12

13
                              s/Lori A. Fausnaught, RMR, CRR
14                            -----------------------------
                              Lori A. Fausnaught, RMR, CRR
15                            Official Court Reporter

16

17   REPORTED BY:

18       LORI A. FAUSNAUGHT, RMR, CRR
         Official Court Reporter
19       United States District Court
         Middle District of Pennsylvania
20       240 West Third Street, Suite 446
         Williamsport, PA 17701
21

22
             (The foregoing certificate of this transcript does
23   not apply to any reproduction of the same by any means unless
     under the direct control and/or supervision of the certifying
24   reporter.)

MR. LORD: [8]  3/7 11/3 11/13 17/3
22/17 22/22 23/6 27/5
MR. ROCKTASHEL: [6]  3/6 11/19 15/6
18/17 25/2 27/2
THE COURT: [87]
THE COURTROOM DEPUTY: [4]  2/20
2/24 3/3 27/8
THE DEFENDANT: [74]

## $

$100 [3]  9/21 10/14 15/14
$250,000 [2]  9/19 15/11

## 0

00245 [1]  2/4

## 1

11 [3]  3/12 4/13 7/11
11:25 [1]  2/1
11:55 [1]  27/9
12 [2]  7/20 11/5
12th grade [1]  5/5
15 [1]  11/9
16 [1]  1/14
17 [1]  19/8
17701 [3]  1/21 1/24 28/20
18 [4]  9/13 9/18 15/9 21/10

## 2

2016 [1]  20/19
2018 [1]  21/11
2019 [4]  18/18 18/22 19/8 23/8
2020 [1]  1/14
21 [1]  11/22
240 [2]  1/20 28/20
245 [1]  1/5
28 [1]  28/6
29 [3]  18/18 18/22 23/8

## 3

316 [1]  1/20
330 [1]  1/23

## 4

41 [1]  11/11
446 [1]  28/20
4:19-CR-00245 [1]  2/4
4:19-CR-245 [1]  1/5

## 5

51 [2]  11/11 11/12

## 7

753 [1]  28/6
77 [1]  12/1

## 8

876 [3]  9/14 9/18 15/9

## 9

96 [1]  12/1

## A

a.m [2]  2/1 27/9
able [3]  7/4 14/9 14/13
about [12]  2/12 10/23 11/17 16/17 20/8
 22/24 23/1 23/11 23/16 23/17 24/7 24/8
above [1]  28/8
above-mentioned [1]  28/8

absence [1]  10/24
abused [1]  20/23
accept [3]  3/9 23/7 23/9
acceptance [4]  11/8 11/23 16/6 16/9
accepted [2]  26/5 26/8
accepts [1]  26/16
access [1]  20/12
according [2]  21/18 22/3
accurate [1]  11/19
accurately [2]  17/1 17/7
acknowledged [1]  19/12
acting [2]  21/22 26/12
action [1]  20/21
actions [3]  20/11 20/16 22/2
acts [1]  19/21
actually [1]  22/3
add [1]  11/5
addiction [2]  6/8 6/17
addition [2]  15/20 16/10
additional [2]  5/15 7/8
address [1]  23/3
addressed [3]  18/21 23/24 24/14
addressing [1]  4/11
adequately [1]  15/1
adjourned [2]  27/7 27/9
adjudged [1]  26/6
administer [2]  2/12 2/18
admission [1]  20/15
admit [2]  15/16 22/8
admits [1]  25/4
admitted [2]  19/16 22/23
advised [6]  19/20 20/5 20/11 20/20
 21/1 21/9
advisory [2]  13/20 16/2
affiliated [1]  21/20
affirmative [1]  16/5
afraid [1]  21/2
after [8]  10/2 12/3 13/5 13/20 15/18
 21/9 23/10 24/5
afterward [1]  23/18
again [4]  4/15 8/4 11/16 25/9
against [11]  2/3 3/10 7/24 8/3 8/5 8/12
 15/21 17/20 17/21 18/16 20/21
agent [1]  19/8
agents [1]  23/10
agree [5]  8/14 11/17 13/11 13/16 24/18
agreed [4]  15/7 15/20 16/2 16/10
agreeing [2]  23/12 23/13
agreement [12]  14/21 14/22 15/1 15/16
 15/24 16/15 16/21 16/23 17/2 17/7
 17/11 17/17
agrees [1]  23/16
ahead [1]  22/19
alcohol [2]  6/5 6/16
alert [1]  25/24
all [11]  3/20 8/14 9/2 16/14 19/24 20/15
 22/12 23/6 24/11 25/10 27/8
alleged [1]  24/7
allegedly [1]  21/13
Allen [6]  1/6 2/3 3/2 4/16 25/24 26/11
allowed [2]  16/20 20/18
alone [1]  16/21
along [1]  5/1
also [9]  8/7 13/6 14/13 20/14 20/17
 21/1 21/4 23/1 23/9
although [1]  21/18
am [2]  7/4 10/13
America [3]  1/3 2/3 19/7
American [1]  19/1
amount [1]  15/14

another [1]  21/14
answer [1]  27/3
anticipate [1]  17/14
any [21]  2/13 4/7 5/21 6/4 8/11 8/16
 8/17 10/12 10/11 15/13 15/19 15/21 16/1
 16/16 17/20 17/21 21/16 24/22 25/5
 28/23 28/23
anyone [1]  17/16
anything [4]  17/17 23/2 26/24 27/3
appeal [3]  8/17 14/9 14/13
Appeals [1]  14/10
APPEARANCES [1]  1/18
appeared [1]  21/21
appearing [1]  7/1
appears [1]  25/7
applicable [2]  10/10 16/12
apply [4]  10/21 16/1 16/3 28/23
appointed [1]  28/5
April [1]  19/8
April 17 [1]  19/8
ARD [1]  12/17
are [28]  3/19 3/20 4/20 5/10 5/14 5/14
 5/21 7/1 7/4 7/18 8/1 8/16 9/12 10/16
 14/3 14/16 16/3 16/22 17/11 17/24 18/3
 19/24 23/11 24/9 24/23 25/14 25/15
 25/17
arising [1]  15/22
Aryan [2]  19/11 21/19
as [13]  2/7 2/7 7/21 12/16 14/8 16/6
 17/7 18/5 18/9 18/22 22/8 23/19 26/12
aside [1]  14/11
ask [4]  3/18 3/21 13/13 24/11
assassinate [1]  20/8
assassination [1]  19/18
assassinations [1]  19/17
assassins [1]  19/16
assault [2]  18/19 18/20
assessment [3]  9/22 10/14 15/13
assigned [1]  17/6
assistant [4]  2/5 2/7 17/5 22/9
associated [1]  19/24
association [1]  20/3
assume [2]  2/7 4/2
assumption [1]  11/19
attack [2]  19/1 19/22
attempt [1]  19/2
attempted [1]  24/24
attention [1]  21/22
attorney [11]  2/5 4/6 5/8 7/19 8/5 9/2
 13/3 13/10 15/20 17/6 22/10
ATTORNEY'S [1]  1/19
authoring [1]  23/8
authority [2]  10/10 13/21
awaiting [1]  18/19

## B

back [1]  11/13
background [1]  4/24
base [1]  11/4
based [2]  10/23 11/16
bases [1]  26/2
basic [1]  3/20
basis [1]  26/15
be [21]  2/13 8/10 8/11 8/13 9/2 10/6
 10/10 11/2 11/24 12/21 13/15 14/9
 14/13 16/20 18/10 20/2 21/20 23/23
 24/13 25/7 26/22
because [6]  11/5 19/14 19/24 20/3 24/1
 25/14
been [14]  3/10 3/17 6/7 6/16 6/21 12/5

**B**

been... [8]  12/15 13/21 17/20 20/7 21/4
 21/16 26/7 28/10
before [11]  1/11 3/5 3/9 4/10 7/1 12/15
 13/5 17/18 22/24 23/1 25/11
begin [1]  20/6
behalf [1]  8/10
behavior [1]  24/8
being [4]  11/5 11/11 19/16 21/19
beliefs [1]  24/8
believe [7]  11/4 11/5 11/9 14/24 23/2
 23/20 24/1
believes [1]  22/1
benefit [1]  15/5
benefits [1]  9/21
between [1]  22/20
beyond [2]  8/1 8/3
bind [1]  16/15
binding [2]  13/3 13/15
Binghamton [1]  20/14
bit [1]  25/9
bitch [1]  19/4
Blake [55]
Blake's [6]  10/24 20/17 20/21 20/24
 26/5 26/24
blow [2]  19/2 19/2
born [2]  5/16 14/17
both [3]  4/3 21/20 24/24
Bradford [5]  18/18 19/9 21/7 24/3 24/7
BRANN [1]  1/11
bring [1]  15/21
broke [1]  21/13
Brotherhood [2]  19/11 21/19
brought [1]  3/10
burden [2]  7/23 8/1

**C**

calculate [1]  11/10
called [2]  3/18 8/5
can [11]  3/9 4/17 4/19 7/6 13/4 13/5
 13/10 14/5 16/5 17/12 19/6
can't [1]  19/5
cannot [3]  8/11 12/5 12/8
capable [2]  22/2 25/24
carry [4]  20/7 20/10 20/15 23/14
carrying [1]  22/2
case [14]  3/11 5/8 7/21 10/14 10/21
 10/24 11/17 16/1 16/3 16/19 17/6 24/20
 25/7 27/1
category [3]  11/9 11/20 11/24
cause [1]  28/9
caused [1]  17/21
certain [3]  3/18 9/21 14/9
Certainly [1]  15/6 18/17
certificate [2]  28/1 28/22
certify [2]  28/6 28/10
certifying [1]  28/23
change [3]  1/13 3/5 7/10
characteristics [2]  23/22 24/13
charge [1]  19/5
charged [2]  7/23 15/17
charges [7]  3/10 5/8 8/3 15/8 15/21
 15/24 18/16
chief [1]  17/7
choose [1]  9/3
circumstances [1]  14/9
citizen [3]  5/14 5/18 14/17
civil [1]  18/5
clarifications [1]  24/24

client [3]  22/18 22/22 27/4
clients [1]  24/7
Code [5]  9/13 9/16 9/18 15/9 28/6
colloquy [3]  3/19 24/23 25/5
come [2]  11/13 18/24
commit [1]  19/1
committed [3]  12/20 21/5 21/10
communication [1]  15/9
communications [2]  9/12 9/17
competent [2]  7/9 25/24
completely [1]  3/12
comply [1]  3/21
concentrate [1]  7/4
concerning [2]  16/4 16/19
conduct [10]  21/23 22/23 23/1 23/1
 23/3 23/23 24/1 24/12 24/12 26/19
conference [1]  26/21
confinement [1]  21/24
confirmed [2]  21/8 24/4
confront [1]  8/5
consequence [1]  18/9
consequences [2]  3/14 26/14
consider [1]  10/17
considerations [1]  19/15
consisting [1]  7/20
consult [1]  22/17
containing [1]  26/3
contest [2]  13/4 13/6
continue [2]  7/10 9/9
continued [1]  26/23
control [1]  28/23
convene [1]  2/1
converse [1]  4/18
converting [1]  19/13
convicted [1]  20/13
conviction [1]  12/12
correct [1]  28/7
Correctional [3]  21/7 24/3 24/7
correctly [1]  14/18
costs [2]  9/20 15/13
could [4]  2/13 5/16 11/22 14/10
counsel [6]  2/6 7/8 22/21 24/3 25/3
 27/6
count [2]  15/7 15/18
counts [1]  15/19
County [5]  18/18 19/10 21/7 24/3 24/7
court [35]
Court accepts [1]  26/16
Court's [1]  23/4
courtroom [1]  2/11
CR [2]  1/5 2/4
crime [3]  7/23 10/11 12/16
criminal [10]  2/4 3/12 4/13 7/12 11/9
 11/20 11/23 12/12 15/21 15/24
cross [1]  8/6
cross-examination [1]  8/6
CRR [4]  28/3 28/13 28/14 28/18
currently [2]  5/21 7/9
custody [1]  18/18

**D**

D.C [1]  18/21
dangerous [1]  22/1
date [3]  1/14 5/11 28/9
dates [1]  28/9
death [1]  20/19
decide [1]  8/10
decides [1]  16/18
decision [1]  8/11
defendant [20]  1/22 2/8 2/19 2/22 4/11

 6/13 7/9 15/7 15/16 15/21 16/5 16/8
 16/20 20/21 22/20 22/24 24/23 25/4 25/23
 26/7 26/11
defendant's [1]  15/22
defender [2]  2/7
DEFENDER'S [1]  1/23
defense [2]  2/6 22/21
defenses [1]  8/16
definitely [1]  19/21
demonstrate [1]  16/5
denial [1]  9/21
deprive [1]  18/4
deputy [1]  2/11
describe [2]  6/10 6/19
described [4]  11/18 15/23 19/21 20/11
desire [2]  22/13 25/11
desk [1]  21/14
Detention [1]  26/23
determination [1]  20/10
determine [2]  5/13 12/3
determined [1]  13/21
diagnosed [1]  21/16
did [11]  5/1 5/3 5/9 6/12 11/1 11/12
 14/18 14/21 17/16 19/13 21/3
dietary [1]  19/14
different [1]  12/4
direct [1]  28/23
directed [1]  24/18
directly [1]  15/22
disagree [1]  13/3
discussed [2]  5/7 10/20
discussion [1]  22/20
dismissal [1]  15/19
district [8]  1/1 1/2 7/1 13/1 28/4 28/5
 28/19 28/19
DNA [1]  18/10
do [65]
docketed [1]  2/3
does [2]  22/23 28/22
don't [1]  25/5
doubt [2]  8/1 8/3
drug [1]  6/7
drugs [1]  6/4
during [3]  8/2 19/10 24/14

**E**

each [2]  7/23 26/3
educational [1]  4/24
effort [1]  21/24
either [2]  4/1 6/5
element [1]  7/23
elements [1]  26/3
Elmira [1]  21/5
else [2]  26/24 27/3
end [3]  11/4 11/11 15/13
engaging [1]  21/23
English [1]  4/18
enhancement [1]  11/22
enter [1]  26/9
entered [1]  15/15
entering [2]  18/4 26/1
entire [1]  14/2
entitled [1]  7/18
equipment [1]  20/15
Esquire [3]  1/19 1/22 2/6
essential [1]  26/3
establish [1]  3/11
estimate [1]  11/1
estimated [2]  11/17 12/5
evaluation [2]  21/6 21/16

**E**

ever [2] 12/15 19/5
every [2] 7/23 23/20
everything [3] 19/19 23/10 23/16
evidence [8] 8/8 8/11 22/5
examination [1] 8/6
exceed [1] 12/9
exception [2] 24/2 24/5 24/17
Executive [1] 1/23
explain [1] 7/18
explained [4] 8/18 15/1 19/13 20/7
expressed [1] 20/10

**F**

F.B.I [2] 18/21 19/9
Facility [3] 21/8 24/4 24/7
fact [8] 15/17 18/15 20/1 22/3 24/11
  25/15 26/2 26/15
facts [5] 7/21 13/11 13/16 22/8 24/18
false [2] 2/13 2/14
family [2] 17/21 21/2
fan [1] 21/14
far [3] 5/1 22/13 25/11
fascinated [1] 19/16
Fausnaught [4] 28/3 28/13 28/14 28/18
features [1] 16/22
federal [14] 1/23 2/7 3/11 3/21 3/21
  4/12 7/1 7/11 9/21 13/1 14/2 14/10 16/2
  19/6
felon [1] 20/13
felony [2] 18/4 18/19
fewer [1] 7/20
find [1] 8/13
finding [1] 25/23
findings [1] 26/10
finds [3] 11/7 26/11 26/15
fine [3] 9/19 15/11 22/19
firearm [1] 18/7
first [2] 20/1 23/6
five [2] 4/21 4/22
follow [2] 16/18 19/21
following [2] 20/19 25/23
follows [1] 18/23
force [2] 19/9 26/12
forced [1] 17/22
foregoing [3] 28/7 28/10 28/22
form [1] 26/7
forth [3] 8/11 22/6 28/9
Forty [1] 11/12
Forty-one [1] 11/12
four [1] 20/9
free [1] 16/16
freewill [1] 18/1
friend [1] 20/14
fuck [1] 19/7
full [2] 23/7 23/9
fully [5] 3/12 22/2 22/8 25/4 25/24
further [2] 2/13 4/10 9/5 10/13 13/9
  14/5 25/6 28/10

**G**

generally [1] 5/8
George [2] 1/19 2/5
Gerald [2] 1/22 2/6
get [4] 11/6 16/20 17/17 20/13
give [2] 2/12 8/14
given [1] 11/19
giving [1] 8/16
go [4] 5/1 6/12 20/2 22/19

going [4] 3/18 4/2 11/4 11/10
gonna [1] 19/6
good [2] 2/9 2/10
Government [10] 7/22 7/24 8/2 11/16
  13/5 13/10 14/13 16/6 16/7 24/20
grade [2] 5/2 5/5
graduate [1] 5/3
grandchildren [1] 20/24
grandmother [5] 20/18 20/20 20/24
  21/4 23/20
group [1] 19/12
guarantee [1] 14/6
guideline [11] 11/1 11/10 11/18 11/24
  12/4 12/8 12/13 13/2 13/20 13/21 16/12
guidelines [6] 10/17 10/21 13/23 16/3
  16/4 16/7
guilty [39]

**H**

had [5] 6/4 20/12 20/14 21/4 28/8
hand [1] 2/21
handwritten [1] 18/20
happening [1] 6/24
Harrisburg [1] 18/22
Harvey [1] 19/17
has [26] 7/22 10/9 11/7 11/18 12/5
  13/21 14/24 15/7 15/20 16/10 17/1 17/5
  20/7 20/15 21/1 21/10 21/15 21/16
  21/19 23/2 24/14 24/18 25/3 26/7 26/15
  28/10
hates [1] 19/20
have [32]
Having [1] 8/18
he [39]
He's [2] 23/12 23/13
Headquarters [4] 18/21 19/3 19/23 20/2
health [1] 21/16
hear [2] 3/23 7/21
heard [1] 4/3
hearing [1] 7/11
held [1] 22/20
her [4] 20/18 20/24 21/1 21/3
here [5] 23/7 23/9 23/24 24/10 24/14
hereby [1] 28/6
hereinbefore [1] 28/9
high [2] 5/1 5/3
higher [1] 14/10
him [10] 11/8 15/8 20/18 21/3 22/4
  22/24 23/1 23/10 23/18 25/5
his [21] 11/1 11/9 11/10 16/20 19/11
  20/7 20/10 20/11 20/12 20/19 20/20
  20/23 21/4 22/2 23/11 23/20 24/8
  26/13 26/14 26/14
history [6] 11/9 11/20 11/24 19/1 23/21
  24/13
hold [2] 18/6 18/7
home [1] 18/24
Honor [16] 3/6 3/7 11/3 11/14 15/6
  16/23 17/3 18/17 22/6 22/17 22/22 23/3
  23/15 25/2 27/2 27/5
HONORABLE [1] 1/11
Hospital [1] 21/5
House [1] 19/2
how [4] 4/20 4/24 6/12 20/8
However [3] 11/21 12/8 15/23

**I**

I'm [8] 3/18 3/24 4/2 4/11 6/2 7/9 18/24
  19/4
illness [2] 6/22 21/17

immediately [1] 20/6
impose [2] 10/14 13/22 16/16 17/13
imposed [1] 10/3
imprisonment [7] 9/16 9/19 10/2 11/24
  12/10 14/3 15/11
incident [1] 21/13
including [1] 9/3
increase [1] 12/12
independent [1] 26/2
indicative [1] 23/21
indictment [3] 15/8 15/19 26/17
information [2] 22/12 25/10
informed [1] 26/1
initially [1] 21/18
inmate [1] 21/14
innocent [1] 8/1
insult [1] 3/19
intelligence [1] 3/20
intended [4] 19/19 20/6 23/14 24/9
intends [1] 19/22
intentions [2] 20/7 23/12
interrupt [1] 3/24
interview [1] 19/10
interviewed [4] 19/9 20/17 23/10 23/17
investigation [1] 26/19
investigator [1] 23/19
investigators [3] 19/22 20/11 20/17
involvement [1] 15/22
involving [1] 27/3
irrelevant [2] 23/22 24/9
is [56]
Islam [1] 19/13
it [18] 3/6 3/7 3/11 6/14 6/15 10/10
  11/19 16/11 17/8 20/3 21/14 22/13 23/8
  23/22 24/8 25/2 25/11 26/18
it's [2] 23/23 24/1
its [1] 20/3

**J**

Jesse [8] 1/6 2/3 3/2 4/16 18/20 19/6
  25/24 26/11
Jewish [1] 21/20
Joseph's [1] 21/5
Judaism [1] 19/13
judges [1] 3/21
June [1] 1/14
jurors [1] 8/14
jury [9] 7/17 7/18 7/19 7/21 8/15 8/19
  8/22 18/6 25/18
just [5] 11/18 15/23 16/17 23/15 24/18

**K**

Kennedy [1] 19/18
kill [4] 18/24 19/3 21/1 22/4
know [2] 10/23 22/22
knowing [1] 26/1
knows [1] 11/17

**L**

land [1] 11/8
language [1] 4/18
last [1] 20/9
law [1] 3/13
lawful [1] 16/16
Lee [1] 19/17
legal [1] 5/10
less [1] 13/22
let [2] 7/17 25/9
letter [12] 18/20 18/21 19/5 19/19 19/20
  19/21 20/11 21/8 22/3 23/8 23/17 24/4

**L**

level [8]  11/4 11/7 11/9 11/20 11/21
11/22 16/8 16/8
levels [1]  11/5
license [1]  18/7
like [2]  16/14 23/3
limit [1]  15/24
little [1]  25/9
live [2]  20/18 21/3
lived [1]  20/24
locations [1]  19/24
log [2]  21/9 24/5
Lord [19]  1/22 2/6 3/4 4/6 4/7 5/8 5/11
7/19 10/20 10/23 11/18 13/10 14/24
17/1 22/16 24/18 24/24 26/21 27/3
Lori [4]  28/3 28/13 28/14 28/18
lot [1]  18/24

**M**

made [4]  17/20 17/21 18/16 23/12
mail [3]  21/9 23/9 24/5
mailed [1]  18/20
mailing [5]  9/12 9/17 15/8 21/8 24/4
make [3]  13/11 16/11 25/1
makes [1]  25/23
making [1]  2/14
March [3]  18/18 18/22 23/8
March 29 [3]  18/18 18/22 23/8
matter [5]  2/2 3/4 8/23 14/21 26/23
MATTHEW [1]  1/11
maximum [8]  9/15 9/19 12/9 15/10
15/11 15/12 16/13 16/17
may [12]  4/6 4/7 8/16 10/6 11/5 12/12
14/9 14/13 17/14 18/4 18/10 23/5
maybe [1]  23/21
me [21]  2/13 3/11 3/24 5/16 5/24 6/10
6/19 7/1 7/17 11/18 13/5 13/13 14/6
14/11 19/4 19/5 19/6 24/18 25/2 25/9
28/11
means [1]  28/23
meant [2]  3/19 19/19
medication [1]  5/22
meet [1]  7/24
member [3]  17/21 19/11 21/19
members [2]  19/14 21/2
membership [1]  19/11
memorializing [1]  26/9
mental [6]  6/21 21/16 21/17
mentioned [2]  28/8 28/8
merely [1]  3/20
Methamphetamine [1]  6/11
MIDDLE [3]  1/2 28/4 28/19
might [1]  10/21
military [1]  20/12
military-style [1]  20/12
modify [1]  14/11
moment [1]  22/17
months [3]  11/11 11/12 12/1
more [2]  13/22 17/14
Moreover [1]  16/18
morning [3]  2/9 2/10 8/15
mother [1]  5/22
motions [2]  8/17 13/11
move [1]  15/18
Mr [1]  4/11
Mr. [59]
Mr. Blake [28]  2/8 2/9 2/11 3/9 3/17
4/14 4/17 5/7 5/13 5/21 7/13 8/18 9/11
12/3 12/15 12/24 13/19 14/21 17/5

17/10 17/16 18/16 22/8 23/7 24/13
24/17 25/9 26/20
Mr. Blake's [3]  10/24 26/5 26/24
Mr. Lord [17]  3/4 4/6 4/7 5/8 5/11 7/19
10/20 10/23 11/18 13/10 14/24 17/1
22/16 24/18 24/24 26/21 27/3
Mr. Rocktashel [11]  3/4 11/16 15/4 17/1
17/5 18/14 23/16 24/19 24/22 26/21
26/24
Mrs [2]  2/11 2/18
Muslim [1]  21/20
must [6]  3/21 7/24 7/24 8/13 10/17 14/2
my [9]  2/11 3/23 4/1 4/2 14/20 22/18
22/22 24/7 28/11

**N**

name [2]  2/24 4/14
narrative [1]  25/4
necessarily [1]  23/13
necessary [3]  3/11 13/5 26/22
need [5]  5/13 20/15 22/17 24/22 25/5
never [1]  7/20
nevertheless [1]  22/1
New [6]  19/23 20/3 20/9 20/14 20/19
21/5
next [1]  2/2
no [19]  5/4 6/6 6/23 14/1 14/5 17/19
17/23 27/2 27/5
not [28]  3/19 3/23 3/23 5/14 7/14 7/16
8/8 8/9 8/10 8/22 9/3 13/12 13/16 15/20
16/15 16/18 16/20 20/20 21/3 21/15
23/2 23/13 23/24 24/1 24/12 24/14
26/12 28/23
note [3]  4/10 24/11 26/7
noted [2]  21/21 24/16
notes [1]  2/4
nothing [1]  15/23
November [1]  21/11
November 2018 [1]  21/11
now [2]  2/18 3/18 5/13 7/11 15/5
18/14 22/9 23/11 25/20 26/6 26/8 26/9
number [1]  2/4
numbered [1]  28/9

**O**

oath [3]  2/12 2/18 3/17
objections [1]  25/3
obligated [1]  10/14
off [2]  21/13 22/20
offense [18]  9/17 11/4 11/9 11/20 11/22
12/20 15/10 15/17 15/23 16/8 22/23
22/24 23/2 23/23 24/1 24/12 26/3 26/6
offer [1]  17/16
office [1]  1/19 1/23 18/6 18/15 26/18
officer [3]  13/1 13/4 19/9
official [4]  11/6 28/3 28/15 28/18
officials [1]  23/17
Okay [1]  7/7
old [1]  4/20
one [6]  1/23 3/23 4/2 11/12 14/5 21/13
only [1]  13/20
open [1]  4/12
opinions [1]  24/6
order [5]  3/21 10/10 14/11 17/17 26/9
Ordered [1]  26/18
Oswald [1]  19/17
other [4]  15/21 17/17 20/23 21/1
out [9]  11/10 15/22 16/20 19/7 20/7
20/10 20/15 22/2 23/14

**P**

PA [3]  1/21 1/24 28/20
paid [1]  10/10
parole [2]  12/16 14/1
particularly [1]  19/17
parties [1]  16/2
passing [1]  10/17
past [1]  21/2
peers [1]  25/18
penalties [1]  16/17
penalty [1]  15/10
PENNSYLVANIA [7]  1/2 1/12 5/17
14/18 18/22 28/5 28/19
Pentagon [2]  19/3 19/23
people [1]  18/24
perfectly [1]  3/24
perjury [1]  2/14
permission [1]  23/4
permitting [1]  17/12
persist [2]  7/14 7/16
person [2]  20/22 22/1
personal [1]  24/8
personally [1]  4/12
persons [1]  7/20
physically [1]  20/23
piece [1]  21/13
Pine [1]  1/23
place [2]  1/12 18/14
placed [2]  3/17 21/11
planning [1]  20/6
playing [1]  19/4
Plaza [1]  1/23
plea [42]
plead [9]  7/10 8/22 9/3 15/7 17/18
17/22 22/13 25/11 25/20
pleading [5]  8/15 9/5 9/12 17/24 25/14
please [5]  2/19 2/20 2/24 3/24 4/15
pled [1]  26/9
possess [1]  18/7
Post [1]  19/6
postmarked [1]  18/22
potential [1]  11/21
pre [2]  26/19 26/21
pre-sentence [2]  26/19 26/21
prepare [2]  13/1 26/19
prepared [1]  28/11
prescribed [1]  13/23
prescription [1]  5/22
presence [1]  2/5
present [3]  8/16 12/20 18/15
presentence [5]  11/1 12/4 13/1 13/6
26/20
president [7]  19/4 19/18 19/20 19/24
20/4 20/8 20/21
presumed [1]  8/1
pretrial [1]  8/17
previously [1]  14/16
principal [1]  16/22
prior [1]  12/12
prison [14]  10/7 15/13 18/19 19/6 19/10
19/12 20/2 20/6 20/9 21/4 21/9 21/11
21/22 24/5
prisoner [1]  18/20
privately [1]  4/7
probation [5]  11/5 12/16 12/24 13/4
26/18
Procedure [3]  3/12 4/13 7/12
proceed [2]  4/10 8/22

**P**

proceeding [1] 9/2
proceedings [3] 1/13 8/2 28/8
professional [1] 18/7
promise [1] 17/16
promises [1] 26/13
prosecute [1] 17/6
prosecuting [1] 24/19
prosecution [3] 2/14 9/21 15/24
proves [1] 8/2
proving [1] 7/23
provisions [1] 28/5
psychiatric [1] 21/6
public [3] 1/23 2/7 18/6
purposes [1] 24/9
pursuant [2] 4/12 28/5
put [3] 19/6 22/5 23/15
putting [1] 23/8

**Q**

qualifications [1] 25/3
question [2] 4/1 4/3
questions [7] 3/18 3/19 3/20 3/24 4/2
5/15 7/8

**R**

raise [1] 2/20
range [10] 11/1 11/10 11/18 11/24
12/13 13/2 13/20 13/21 16/12 16/13
read [4] 4/17 23/20 25/4 25/5
really [1] 24/12
reason [1] 16/21
reasonable [2] 8/1 8/3
receive [2] 14/6 16/8
received [3] 5/11 19/14 21/15
receives [1] 21/22
recently [3] 6/7 6/16 6/21
recited [2] 22/9 24/19
recognition [1] 16/5
recommend [2] 16/7 16/13
recommendation [2] 16/11 16/19
recommendations [7] 13/11 13/16 16/4
16/14 16/15 17/11 17/12
record [8] 3/1 4/11 4/15 18/14 22/20
23/15 23/21 26/6
reduction [2] 11/7 16/8
regarding [1] 26/24
reiterate [1] 23/6
reject [1] 17/12
release [6] 9/20 10/2 10/6 12/17 15/12
20/2
released [2] 20/5 21/3
religions [2] 19/14 21/21
remain [1] 15/19
remaining [1] 15/19
Remeron [2] 6/1 6/3
renounced [1] 19/11
repeat [1] 4/1
rephrase [1] 4/1
report [7] 11/1 12/4 13/2 13/3 13/4 13/6
26/20
reported [6] 20/14 20/22 21/4 21/15
21/19 28/17
reporter [4] 28/4 28/15 28/18 28/24
REPORTER'S [1] 27/10
representation [1] 5/11
represented [1] 9/2
reproduction [1] 28/23
requests [1] 13/11

required [4] 8/10 19/6 16/6 18/10
resentence [1] 14/15
reserves [1] 16/12
residence [2] 20/18 20/24
respect [1] 3/10
respectfully [1] 22/22
respond [1] 4/2
responsibility [6] 11/8 11/23 16/6 16/9
23/7 23/9
restitution [1] 10/10
result [2] 11/22 26/12
return [1] 10/6
revel [1] 21/21
reviewed [2] 22/13 25/10
reviewing [3] 12/3 21/9 24/5
Rhinehart [2] 2/12 2/18
rid [1] 20/13
right [24] 2/21 7/13 7/17 7/18 8/4 8/7
8/9 8/15 8/16 8/17 8/19 8/21 9/1 9/6 9/8
16/12 18/5 18/5 18/6 18/6 18/7 22/19
25/17 26/14
rights [3] 3/13 18/5 26/13
rise [1] 27/8
RMR [4] 28/3 28/13 28/14 28/18
Rocktashel [13] 1/19 2/6 3/4 11/16 15/4
17/1 17/5 18/14 23/16 24/19 24/22
26/21 26/24
Rule [3] 3/12 4/12 7/11
rules [2] 3/22 7/11

**S**

s/Lori [1] 28/13
said [8] 4/14 19/10 20/1 21/2 22/23
23/10 23/16 23/17
salient [1] 17/2
same [1] 28/23
sampling [1] 18/11
satisfied [3] 5/10 7/9 24/23
say [3] 8/14 10/24 11/12
saying [1] 7/5
Sayre [2] 5/17 14/17
scheduled [1] 26/22
school [2] 5/1 5/3
script [1] 19/6
Secret [1] 19/8
Section [4] 9/13 9/18 15/9 28/6
security [1] 21/10
see [1] 25/5
seems [1] 25/2
select [1] 7/19
sent [1] 19/18
sentence [18] 10/17 12/4 12/8 12/9
13/22 13/23 14/6 14/9 14/11 14/14
16/13 16/16 16/19 17/13 17/14 24/3
26/19 26/21
sentenced [1] 14/3
sentencing [11] 10/17 10/21 13/2 13/12
13/17 13/20 15/18 16/3 16/11 23/24
24/14
separate [1] 21/10
serious [1] 20/6
serve [2] 14/2 18/6
served [2] 10/2 15/12
Service [1] 19/8
set [4] 8/11 13/2 14/11 28/9
severe [3] 13/22 13/22 17/14
sex [1] 18/19
shall [3] 15/16 26/19 26/19
she [3] 20/22 21/2 21/2
shoot [1] 20/11

should [3] 9/3 16/1 23/23
shoulders [1] 6/13
shrugged [1] 6/13
sign [1] 14/21
signed [2] 17/2 26/7
Similarly [1] 24/2
simply [1] 17/11
since [2] 21/11 21/19
sir [14] 2/15 2/16 3/15 3/16 4/4 4/20
5/16 7/1 9/15 9/23 12/6 16/24 18/3 25/8
sister [1] 20/23
sit [1] 7/21
six [5] 7/20 11/5 11/10 11/21 11/24
six-level [1] 11/21
so [10] 4/8 7/24 11/10 19/14 23/5 23/15
24/11 24/16 25/5 25/9
solitary [1] 21/24
some [5] 5/15 7/8 16/3 25/3 25/3
something [1] 23/23
sorry [1] 6/2
sought [1] 21/20
speak [2] 4/6 4/7
special [5] 9/22 10/14 15/13 19/8 19/14
specific [2] 16/11 22/24
specifically [1] 16/4
spoken [2] 22/24 23/1
St [1] 21/5
stabbed [1] 21/14
staff [1] 19/12
stages [1] 9/2
state [3] 2/24 4/14 20/9
stated [4] 14/16 18/22 19/18 19/19
statement [1] 23/20
statements [6] 2/14 23/11 23/13 23/19
24/6 24/17
STATES [22] 1/1 1/3 1/19 2/3 2/5 5/14
5/19 7/22 9/13 9/16 9/18 12/24 14/17
15/18 15/20 16/10 17/6 22/9 26/18 28/4
28/6 28/19
statutory [4] 9/15 12/9 16/17 18/19
still [3] 13/3 22/13 25/11
Street [3] 1/20 1/23 28/20
style [1] 20/12
subject [1] 2/13
submit [1] 18/10
subpoena [1] 8/7
subsection [1] 15/10
successful [1] 6/14
such [3] 12/16 18/5 21/23
suicide [1] 21/11
Suite [2] 1/20 28/20
summarize [1] 15/4
summarized [2] 17/1 17/7
summary [1] 22/5
supervised [5] 9/20 10/2 10/6 12/16
15/12
supervision [5] 12/16 12/19 12/21 28/11
28/23
support [2] 8/8 18/15
supported [1] 26/2
surprised [1] 20/20
suspected [1] 21/23
sworn [1] 2/22
system [1] 14/2

**T**

take [1] 24/11
taking [1] 5/21
talked [1] 16/17
task [1] 19/9

**T**

tax [1] 15/24
tell [2] 5/16 5/24
telling [1] 19/12
ten [3] 9/18 12/9 15/11
term [8] 9/16 9/19 10/1 10/2 14/2 15/12 15/13 15/15
terms [5] 10/6 15/4 17/2 17/7 17/11
terrorist [1] 19/1
terroristic [1] 19/5
terrorize [1] 19/7
testify [2] 8/10 8/11
than [4] 7/20 13/22 17/14 17/17
Thank [17] 2/17 3/3 3/8 6/4 7/7 11/3 11/15 12/2 15/3 16/24 17/4 18/13 22/7 25/7 27/2 27/6 27/6
that [127]
that's [4] 11/13 22/5 22/19 24/12
their [1] 13/16
them [1] 23/14
then [3] 5/18 10/6 17/24
there [8] 10/16 11/21 14/1 14/20 16/3 17/20 23/11 23/11
therefore [3] 4/1 7/10 26/5
these [5] 3/19 5/7 8/2 16/14 26/9
they [6] 3/20 11/6 11/6 11/13 13/13 23/10
thing [1] 20/1
think [4] 11/13 11/21 19/4 24/2
thinking [1] 20/8
Third [2] 1/20 28/20
this [33]
those [6] 16/4 16/22 19/14 19/24 22/8 23/12
threat [1] 19/5
threatened [5] 20/16 20/21 21/1 22/2 22/4
threatening [5] 9/12 9/17 15/8 21/8 24/4
threats [2] 17/20 26/12
three [4] 9/20 11/7 15/12 16/8
three-level [2] 11/7 16/8
through [5] 7/19 8/4 19/5 19/21 20/12
thus [2] 22/13 25/11
time [6] 4/7 13/12 13/17 15/15 16/1 21/12
Title [4] 9/13 9/18 15/9 28/6
today [22] 2/2 6/5 6/24 7/5 9/3 9/6 9/9 10/24 11/17 12/5 12/20 17/18 23/7 23/9 23/12 23/13 23/21 23/24 24/10 24/15 25/12 27/1
together [1] 9/20
told [1] 19/22
took [1] 23/19
total [3] 11/8 11/20 11/22
totally [1] 23/22
Tower [1] 19/3
Towers [1] 19/23
transcript [3] 28/7 28/10 28/22
treated [3] 6/7 6/16 6/21
treatment [1] 6/12
trial [14] 7/17 7/18 7/22 8/4 8/7 8/9 8/15 8/19 8/22 9/3 9/6 18/19 25/18 26/15
true [2] 24/13 28/7
Trump [7] 19/3 19/20 19/23 20/1 20/4 20/8 20/21
try [2] 19/3 19/4
Tuesday [1] 1/14
turning [1] 7/11
Twelfth [1] 5/2

Twelfth grade [1] 5/2
Twenty [2] 4/21 4/22
Twenty-five [2] 4/21 4/22
two [2] 15/7 16/14
typically [1] 7/20

**U**

U.N [3] 19/2 19/23 20/2
U.S [2] 1/19 15/9
unanimous [1] 8/13
uncle [1] 20/12
under [7] 3/11 3/13 3/17 9/16 15/15 28/11 28/23
understand [38]
understanding [1] 14/20
understands [1] 26/13
understood [1] 4/3
UNITED [22] 1/1 1/3 1/19 2/3 2/5 5/14 5/18 7/22 9/13 9/19 9/18 12/24 14/17 15/18 15/20 16/10 17/6 22/9 26/18 28/4 28/6 28/19
unless [3] 7/8 8/2 28/23
unscroll [1] 25/9
unsuccessful [3] 6/14 6/15 6/20
until [1] 8/2
up [9] 8/14 8/16 11/5 11/11 15/11 16/16 19/2 20/3 21/22
upon [3] 10/23 11/16 20/1
upset [1] 20/20
used [1] 8/12

**V**

valuable [1] 18/5
various [1] 15/13
verbally [1] 20/23
verdict [1] 8/13
Very [2] 9/11 25/22
victim [2] 11/6 11/21
victims [1] 10/11
violate [1] 10/5
violated [1] 12/21
violation [3] 9/13 9/17 15/9
violations [1] 21/10
violent [1] 20/22
voluntarily [3] 14/21 26/12 26/14
voluntary [1] 26/2
vote [1] 18/5
vs [1] 1/5

**W**

waive [3] 9/6 9/8 25/17
waives [1] 26/14
want [4] 20/13 21/3 23/6 23/15
warden [9] 21/7 21/15 21/18 21/21 21/23 21/24 22/3 24/3 24/6
was [11] 2/22 6/14 6/15 19/10 19/13 20/20 21/2 21/11 21/23 23/20 25/5
Washington [1] 18/21
watch [1] 21/11
Waverly [1] 20/19
we [7] 11/21 16/17 22/5 23/2 23/20 24/1 24/11
weapons [2] 20/12 20/13
well [4] 2/7 9/11 14/8 25/22
were [5] 5/16 7/16 12/19 14/17 23/12
West [2] 1/20 28/20
what [17] 3/18 4/24 5/24 6/24 7/4 8/5 10/23 11/1 11/13 11/16 12/5 13/12 14/6 23/11 23/17 24/8 25/5
when [5] 12/19 18/24 20/5 20/20 21/3

where [2] 5/16 20/8
whether [4] 14/9 15/18
which [8] 7/19 10/24 11/8 11/22 13/2 14/3 17/13 18/4
while [2] 18/18 20/9
White [1] 19/2
who [9] 17/5 20/12 20/15 20/18 20/22 20/24 22/1 23/17 24/19
why [1] 7/1
will [20] 4/10 7/10 9/6 11/6 11/8 11/10 11/13 13/1 13/2 13/15 14/6 15/18 16/3 16/7 16/11 16/20 19/1 19/7 26/9 26/22
Williamsport [4] 1/12 1/21 1/24 28/20
willing [2] 3/24 25/17
wish [2] 4/7 9/8
withdraw [3] 12/5 16/20 17/13
withdrew [1] 5/5
within [4] 16/12 16/13 24/8 28/8
within-mentioned [1] 28/8
without [1] 17/12
witnesses [2] 8/5 8/8
worst [1] 19/1
would [26] 2/20 4/14 5/24 6/10 6/19 7/17 7/19 8/4 8/7 8/9 8/9 8/14 11/24 12/20 15/4 15/24 18/14 18/15 19/20 20/1 20/2 20/13 20/15 22/5 23/3 24/13
write [1] 4/17
written [1] 17/17

**Y**

Yeah [2] 4/23 24/21
years [6] 9/19 9/20 12/9 15/11 15/12 20/9
Yes [54]
yesterday [1] 6/5
York [6] 19/23 20/3 20/9 20/15 20/19 21/5
you [174]
you're [1] 5/18
you've [1] 3/17
younger [1] 20/23
your [61]